FILE COPY



FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 22 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

DATE: 1/22/2015

RE: Case No. 15-0058
COA #: 12-14-00010-CV    TC#: CV-00396-11-03
STYLE: MARY HALL
    v. RALPH & KACOO'S OF LUFKIN, TEXAS, D/B/A GREAT
TEXAS FOODS CORP., D/B/A BRAZOS CATTLE CO.

    Today the Supreme Court of Texas granted the
motion for extension of time to file petition for
review under TEX. R. APP. P. 53.7(f) in the above-

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702